DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, CA Bar #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHONE PHETPHADOUNG

FILED

MAY 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

*Copies given to USM in Court.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHONE PHETPHADOUNG,<br><br>    Defendant. | No. CR-S-12-131 JAM<br><br>[~~PROPOSED~~] ORDER FOR IMMEDIATE RELEASE<br><br>Date: May 8, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

On May 8, 2012, this Court granted the government's Motion to Dismiss the Indictment. Therefore, Mr. Phetphadoung should be released.

    Good cause appearing therefor,

    IT IS ORDERED that Mr. Phetphadoung be released from Federal custody in the above-captioned case immediately.

Dated: 5-8-12

                                               JOHN A. MENDEZ
                                               United States District Judge